UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

IN RE:                                                                      CASE NO.: 11-45612-BKC-JKO

MARK & ANITA EVANS,                                        In proceedings under Chapter 13

    Debtor.
_____/

## MOTION TO MODIFY FOURTH AMENDED LMM PLAN AND CONFIRM MODIFIED PLAN

    COMES NOW, MARK & ANITA EVANS, Debtors herein, by and through their undersigned counsel and move this Court to allow the Debtor to modify their First Amended Chapter 13 Plan and for the Court to confirm the modified plan and in support thereof would state:

    1.  On December 30, 2011, the Debtors filed a voluntary petition under Chapter 13, Title 11 of the United States Code. Subsequently, the Court entered an Order Confirming the First Amended Plan.

    2.  The Debtors were required to submit their tax returns on a yearly basis and increase their payments to unsecured creditors if their income substantially increased. The Debtors have submitted their 2015 tax return to the Trustee and the Trustee has requested an increase in payments to their unsecured creditors. The Debtors have agreed to do this.

    3.  It is in the best interest of the creditors for the instant motion to be granted thereby allowing the Debtors to pay the creditors.

    4.  All creditors have been noticed with this motion and said creditors will not suffer any harm by the court granting this motion.

    5.  The proposed modified plan is attached hereto as Exhibit "A". The modifications are made in good faith.

    WHEREFORE, the Debtors respectfully request that this Honorable Court enter an Order allowing the Debtor to modify the First Amended Plan and confirming the Modified Plan.

    I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion and the Notice of Hearing* have been forwarded by U.S. Mail to the parties on the attached mailing list on this 3rd day of

November, 2016 and that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                      SUSAN D. LASKY PA
                                      Attorneys for Debtors
                                      915 Middle River Dr.
                                      Suite 401
                                      Fort Lauderdale, FL 33304
                                      (954)400-7474 / (954)206-0628 Fax
                                      Sue@SueLasky.com

                              By: */s/ SUSAN D. LASKY, ESQ*
                                      SUSAN D. LASKY, ESQ.
                                      Florida Bar No. 451096

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
X 1st _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: MARK EVANS    JOINT DEBTOR: ANITA EVANS   CASE NO.: 11-45612
Last Four Digits of SS# 8552    Last Four Digits of SS# 0582

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $632.75 for months 1 to 57;
B. $2114.57 for months 58 to 60 in order to pay the following creditors:

Administrative: Attorney's Fee - TOTAL $4425.00 ($3500 Base Fee + $775.00- Motion to Value)
TOTAL PAID $4425.00 Balance due $0.00

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. IRS, POB 7346        Total Due    $8344.66 ($7740 + 3% interest)
Philadelphia, PA 19101 Payable    $143.10/month (Months 1 to 57)
                       Payable    $62.66/month (Months 58-60)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  | ___ To ___ |  |

Priority Creditors:

1. IRS, POB 7346        Total Due    $24,459.31
Philadelphia, PA 19101 Payable    $ 419.44/month Months 1 to 57)
                       Payable    $ 183.68/month Months 58-60

Unsecured Creditors: Pay $51.08/month (Months 1 to 57) and $1676.00 (Months 58-60) Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors will seek a loan modification for the property located at 730 NE 15th Avenue Fort Lauderdale, FL 33060 with Suntrust Mortgage/Cc 5- 4248 (First Mortgage) outside the Plan. Debtors will obtain an Order stripping the lien of Suntrust Bank- 2770 (Second Mortgage). Debtors will assume leases with Ally Financial (6932) and Hyundai (4094). Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the plan. In the event the Debtor's income or tax refund increases, Debtor shall increase the payments to unsecured creditors over and above payments provided through the plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

*Susan Lasky*                                          *Susan Lasky*
Debtor                                                 Joint Debtor

Date: November 3, 2016

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 11-45612-JKO<br>Southern District of Florida<br>Fort Lauderdale<br>Thu Nov  3 15:25:55 EDT 2016 | Back Bowl I LLC, Series C<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | Candica, LLC<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 |
| GE Capital Retail Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2 Ave #1120<br>Miami, FL 33131-1605 | Midland Funding LLC by American InfoSource L<br>PO Box 4457<br>Houston, TX 77210-4457 | Recovery Management Systems Corp<br>25 SE 2 Ave  #1120<br>Miami, FL 33131-1605 |
| Suntrust Mortgage, Inc<br>Bankruptcy Department RVW 3034<br>PO Box 27767<br>Richmond, VA 23261-7767 | U.S. Bank National Association<br>1587 Northeast Expressway<br>Atlanta, GA 30329-2401 | Ally Financial<br>200 Renaissance Ctr<br>Detroit, MI 48243-1300 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | Amex<br>POB 297871<br>Fort Lauderdale, FL 33329-7871 | Asset Acceptance LLC<br>Po Box 2036<br>Warren MI 48090-2036 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Brclysbankde<br>POB 8803<br>Wilmington, DE 19899-8803 | Broward County Property Appraiser<br>115 S Andrews Ave<br>Room 111<br>Fort Lauderdale, FL 33301-1899 |
| CREDITONE, LLC<br>PO BOX 625<br>METAIRIE, LA 70004-0625 | Candica, LLC<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Chase<br>POB 24696<br>Columbus, OH 43224-0696 | Equable Ascent Financial, LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | FAN Distributing LLC<br>3300 Monroe Ave #205<br>Rochester NY 14618-4626 |
| FIA Card Services, N.A. as successor to<br>Bank of America, N.A. (USA)<br>and MBNA America Bank, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Granite Recovery LLC<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Holy Corss Medical Group<br>Complete Collection Svc<br>1007 N Federal Hwy #280<br>Fort Lauderdale, FL 33304-1422 |
| Hsbc/Saks<br>140 W Industrial Dr<br>Elmhurst, IL 60126-1602 | (p)HYUNDAI MOTOR FINANCE COMPANY<br>PO BOX 20809<br>FOUNTAIN VALLEY CA 92728-0809 | IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| Midland Funding LLC<br>by American InfoSource LP as agent<br>PO Box 4457<br>Houston, TX  77210-4457 | OAK HARBOR CAPITAL IV, LLC<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |

| | | |
|---|---|---|
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | SunTrust Bank<br>Attn: Support Services<br>POB 85092<br>Richmond, VA 23286-0001 | Suntrust Bank<br>7455 Chancellor Dr<br>Orlando, FL 32809-6213 |
| Suntrust Bank<br>POB 85052<br>Richmond, VA 23285-5052 | Suntrust Mortgage/Cc 5<br>1001 Semmes Ave<br>Richmond, VA 23224-2245 | U.S. BANK NATIONALASSOCIATION,<br>AS TRUSTEE FOR MASTR 2007-2<br>Suntrust Mortgage, Inc.<br>P O Box 27767<br>Richmond, Virginia 23261-7767 |
| Anita Evans<br>1591 E. Atlantic Blvd., Suite 102<br>Pompano Beach, FL 33060-6765 | Mark D Evans<br>1591 E. Atlantic Blvd., Suite 102<br>Pompano Beach, FL 33060-6765 | Robin R Weiner<br>www.ch13weiner.com<br>POB 559007<br>Fort Lauderdale, FL 33355-9007 |
| Susan D. Lasky Esq<br>915 Middle River Dr<br>Suite 420<br>Fort Lauderdale, FL 33304-3561 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank Of America<br>POB 982238<br>El Paso, TX 79998 | Cap One<br>POB 85520<br>Richmond, VA 23285 | Hyundai Motor Finance<br>10550 Talbert Ave<br>Fountain Valley, CA 92708 |
| Portfolio Recovery Associates, LLC<br>PO Box 12914<br>Norfolk VA 23541 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Back Bowl I LLC, Series C<br>c/o Weinstein & Riley, P.S.<br>2001 Western Ave., Ste. 400<br>Seattle, WA 98121-3132 | (d)Hyundai Motor Finance<br>PO Box 20809<br>Fountain Valley, CA 92728-0809 | (d)IRS<br>POB 7346<br>Philadelphia, PA 19101-7346 |

End of Label Matrix
Mailable recipients     39
Bypassed recipients      3
Total                   42